```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
                     IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,          )  2:08-CV-02724-JAM-GGH
11                                     )
              Plaintiff,                )  FINDINGS AND RECOMMENDATIONS
12                                     )
         v.                            )
13                                     )
    APPROXIMATELY $104,875.89 IN U.S.  )
14  CURRENCY SEIZED FROM WELLS FARGO   )
    BANK ACCOUNT NUMBER 3538307913     )
15  HELD IN THE NAME OF MOOHAN INC.    )
    DBA CITIWEAR II,                   )
16                                     )
              Defendant.                )
17  _____)
18
```

This matter came before the Honorable Judge Gregory G. Hollows on plaintiff United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant funds to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

    1.   This action arose out of a Verified Complaint for Forfeiture In Rem filed November 12, 2008.

    2.   Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of

1

forfeiture against potential claimants Moo Sung Han and Michelle Sop Ye Han.

3. Plaintiff has shown that a complaint for forfeiture was filed seeking the forfeiture of $104,875.89 on account of alleged structured transactions; that potential claimants Moo Sung Han and Michelle Sop Ye Han received notice of the forfeiture action through personal service of the forfeiture complaint; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4. That Moo Sung Han and Michelle Sop Ye Han be held in default;

5. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6. That a judgment by default be entered against any right, title or interest of potential claimants Moo Sung Han and Michelle Sop Ye Han in the defendant funds;

7. That a final judgment be entered, forfeiting all right, title and interest in the defendant funds to the United States of America, to be disposed of according to law;

8. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable John A. Mendez and filed by the Clerk of the Court.

Dated: April 13, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

$104,875.89.fr

2