```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CV-02724-JAM-GGH |
| | ) | |
| Plaintiff, | ) | DEFAULT JUDGMENT AND FINAL |
| | ) | JUDGMENT OF FORFEITURE |
| v. | ) | |
| | ) | |
| APPROXIMATELY $104,875.89 IN U.S. | ) | |
| CURRENCY SEIZED FROM WELLS FARGO | ) | |
| BANK ACCOUNT NUMBER 3538307913 | ) | |
| HELD IN THE NAME OF MOOHAN INC. | ) | |
| DBA CITIWEAR II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came on before the Honorable Magistrate Judge Gregory G. Hollows on plaintiff United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant funds to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are

adopted herein.

    2. Moo Sung Han and Michelle Sop Ye Han are held in default.

    3. A judgment by default is hereby entered against any right, title or interest of Moo Sung Han and Michelle Sop Ye Han in the defendant funds referenced in the above-caption.

    4. A final judgment of forfeiture is hereby entered, forfeiting all right, title and interest in the defendant funds to the United States, to be disposed of according to law.

    5. All parties shall bear their own costs and attorneys' fees.

    SO ORDERED, this 13th day of April, 2009.

/s/ John A. Mendez
John A. Mendez
United States District Judge